UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Mar 31 2026

ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

ASGHAR ALI, A#221-348-382                                                        PETITIONER

VERSUS                                                        CIVIL ACTION NO. 5:26cv77-DCB-BWR

WARDEN OF ADAMS COUNTY
CORRECTIONAL FACILITY, et al.                                                        RESPONDENTS

<u>**ORDER REQUIRING PETITIONER TO RESPOND**</u>

This matter is before the Court sua sponte.   Pro se Petitioner Asghar Ali is an alien detainee in custody of the Department of Homeland Security.   He filed a Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, but it was not signed or verified as required by 28 U.S.C. § 2242.   Since the Petition is not verified, it is insufficient to invoke federal habeas jurisdiction.   *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971).   Because the pleading does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Petitioner a copy of the Petition.   No later than April 14, 2026, he shall sign the document under oath and file it with the Court.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court shall mail pro se Petitioner Asghar Ali a copy of the Petition [1] along with a copy of this Order.   Petitioner shall sign the Petition under oath and file it with the Court **no later than April 14, 2026**.   Petitioner is warned that failure to timely comply with any Order of the Court or to keep the Court informed of

Petitioner's current address may result in the pleadings being stricken and dismissal of this cause.

      **SO ORDERED**, this the 31st day of March, 2026.

_s/ Bradley W. Rath_
_____

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE